# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

In re

LIGHTSQUARED INC., et al.,

Debtors.

-------------------------------------------------------------------X

HARBINGER CAPITAL PARTNERS LLC, HGW
US HOLDING COMPANY LP, BLUE LINE DZM
CORP., AND HARBINGER CAPITAL PARTNERS
SP, INC.,

Plaintiffs,

LIGHTSQUARED LP, LIGHTSQUARED INC.,
LIGHTSQUARED INVESTORS HOLDINGS INC.,
TMI COMMUNICATIONS DELAWARE
LIMITED PARTNERSHIP, LIGHTSQUARED GP
INC., ATC TECHNOLOGIES, LLC,
LIGHTSQUARED CORP., LIGHTSQUARED INC.
OF VIRGINIA, LIGHTSQUARED SUBSIDIARY
LLC, SKYTERRA HOLDINGS (CANADA)
INC., AND SKYTERRA (CANADA) INC.

Plaintiff-Intervenors,

-against-

SP SPECIAL OPPORTUNITIES LLC, DISH
NETWORK CORPORATION, ECHOSTAR
CORPORATION, CHARLES W. ERGEN, SOUND
POINT CAPITAL MANAGEMENT LP, AND
STEPHEN KETCHUM,,

Defendants.

-------------------------------------------------------------------X

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/20,5

14 MC 234 (AT)

Chapter 11

Case No. 12-12080 (SCC)

Jointly Administered

Appellants Harbinger Capital Partners LLC, HGW US Holding Company LP, Blue Line

DZM Corp., and Harbinger Capital Partners SP, Inc., having moved pursuant to 28 U.S.C. §

158(a)(3) and Federal Rules of Bankruptcy Procedure 8003(a) and 8019 for an order (1) granting

leave to appeal several orders and decisions issued by U.S. Bankruptcy Judge Shelly C. Chapman;

and (2) expediting appellate consideration of certain issues; Appellees, SP Special Opportunities

LLC ("SPSO"), Charles W. Ergen, Dish Network Corporation, Echostar Corporation, and L-Band

Acquisition LLC, having opposed appeal, and the matter having come before the Honorable Analisa Torres, United States District Judge, and the Court, on July 7, 2015, having rendered its Order denying Appellants' motion for leave to appeal and for expedited review, and directing the Clerk of Court to close the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 7, 2015, Appellants' motion for leave to appeal and for expedited review is denied; accordingly, the case is closed.

**Dated:** New York, New York
July 9, 2015

**RUBY J. KRAJICK**

**Clerk of Court**

BY:

**Deputy Clerk**

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____